# United States District Court

DISTRICT OF ~~For~~ Columbia

FILED
JUL 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Sindram,
    Disabled Veteran/Plaintiff
v.
Clemmie Solomon,
~~UDC 4904 XDA C1 X1 X1V1~~/Defendant
UDC V-P Student Affairs

LEAVE TO FILE
APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 07 1230

I, Michael Sindram, declare that I am the (check appropriate box)

☒ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant          ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Clemmie Solomon has set for this disabled Veteran, who has served our country more than most, a different standard as opposed to others similarly situated. Defendant Solomon abridges and denies entitled requested reasonable public accommodations as required by Americans with Disabilities Act of 1990 (ADA) and well-settled case law. See Tennessee v. Lane, et al., 541 U.S. 509, 124 S.Ct. 1978, 158 L.Ed.2d 829 (2004)

In further support of this application, I answer the following questions.

1. Are you presently employed?                                    Yes ☐  No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. Date of last employment was on or about April 17, 1994. Amount of my take-home salary or wages and pay period was approximately $500.00 per month. Name and address of my last employer was Criminal Justice Act (CJA) defense investigator under auspices of United States District Court for District of Columbia, U.S. Courthouse.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐  No ☒
   b. Rent payments, interest or dividends?                    Yes ☐  No ☒
   c. Pensions, annuities or life insurance payments?          Yes ☐  No ☒
   d. Gifts or inheritances?                                   Yes ☐  No ☒
   e. Any other sources?                                       Yes ☒  No ☐

3.

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

I receive VA disability compensation and SSI supplemental disability income, that total $623.00 per month. Every penny of this income is used for out-of-pocket medical expenses, to wit: doctor, dental, hospital and pharmacy.

3. Do you own any cash, or do you have money in checking or savings accounts?

☐ Yes  ☒ No  (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

☐ Yes  ☒ No

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Disabled Head of Household: Michael Sindram, Plaintiff Pro-Se.

I declare under penalty of perjury that the foregoing is true and correct.

In God we trust:

Executed on  5-30-07                    Michael Sindram
              (Date)                    Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. | The application is hereby denied |
|---|---|
| _____ _____ United States Judge  Date | _____ _____ United States Judge  Date or Magistrate |

AO 240 Reverse