UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM,
          Disabled Veteran/Plaintiff,

v.                                                      Civil Action No.

CLEMMIE SOLOMON,
          UDC V-P Student Affairs/Defendant.

\*                     \*                     \*                    \*

## LEAVE TO FILE MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR RELATED RELIEF

    DISABLED VETERAN/PLAINTIFF, Michael Sindram, *pro-se*, in his Leave To File Motion For Temporary Restraining Order And For Related Relief, states as follows:

    1. Plaintiff's Leave To File Verified Complaint is incorporated and adopted herein by reference. Indeed, Plaintiff has shown a tenable basis for each claim which are not frivolous or taken in bad faith but raises new matters never before decided on the merits by any federal court. Plaintiff truthfully certifies instant case is filed in good faith, not for an improper purpose and states a colorable basis in law and fact which would entitle Plaintiff to relief on penalty of contempt of this Court.

    2. As more fully described in Plaintiff's Leave To File Verified Complaint, defendant continues to deny Plaintiff requested entitled reasonable public accommodations that do not fundamentally alter nature of service, program, or activity of University District of Columbia (UDC). In retaliation for having filed Complaints pursuant to **Human Rights Act of 1977** with Office of Human Rights under protected categories of disability, source of income, race, ethnic origin, and personal appearance and in accordance with **Americans with Disabilities Act of 1990 (ADA)** defendant abridges and denies Plaintiff's requested entitled reasonable public accommodations to refuse Plaintiff's admission to law school and to now cause Plaintiff's constructive discharge from school.

    3. Instead of affording Plaintiff his requested entitled reasonable accommodations required by law defendant commissioned police to stalk Plaintiff, sent police to deliver defendant's missives to disrupt and interfere with Plaintiff's classroom instruction, and sent subordinates to detain Plaintiff from classroom instruction.

    4. Defendant continued reign of terror to make unwarranted and offensive contact with Plaintiff to threaten, harass, and intimidate Plaintiff while on campus and at Plaintiff's home. Defendant continues to impose draconian sanctions on Plaintiff to exacerbate Plaintiff's medical condition, pain, and suffering

    5. Defendant continues to abridge and deny Plaintiff's preferred **United States Constituion Amendment I rights** to *"freedom of speech"* and *"to petition Government for a redress of grievances"* by way of ongoing threats, intimidation, and harassment at Wilson Building D.C.

4

Council oversight hearing on UDC of February 7, 2007, *et al.*, wherein Plaintiff was to testify before Committee On Whole.

6. Defendant discriminates against Plaintiff in violation of **Human Rights Act of 1977**. Defendant has set for Plaintiff a different standard as opposed to others similarly situated to deny on February 28, 2007 Plaintiff's admission to law school. (Plaintiff currently maintains 4.000 Grade Point Average Dean's List.) Defendant continues to overcharge Plaintiff fees to cause Plaintiff financial hardship.

7. Defendant's wanton and willful rancorous malicious misconduct and total disregard of Plaintiff's constitutionally-guaranteed rights has resulted in immediate and irreparable harm, injury, loss, and damage to Plaintiff to include, but not limited to, exacerbating Plaintiff's disabilities, medical condition, impairments, pain, and suffering. Defendant's arbitrary and capricious unconstitutional acts are "in the 'clear absence of jurisdiction'" violating due process of law, fundamental fairness, equal protection of law, and equal protection under law. *William v. Rappeport*, 699 F.Supp.510, 506 (D.Md. 1988) quoting from *Stump v. Sparkman*, 435 U.S. 349, 356-7, 98 S.Ct. 1099, 1105, 55 L.Ed. 2d 331 (1978*), "…immunity was not designed to insulate anyone from all aspects of public accountability."* 409 U.S. at 31. Defendant should now be held accountable for harms and injuries sustained by Plaintiff as direct and proximate result of defendant's malfeasance of ministerial duties, material breach of contract and anticipatory repudiation, and abuse of discretion.

8. Plaintiff is likely to prevail on merits in this weighty cause of action. Plaintiff is in danger of suffering irreparable harm during dormancy of this action if this relief is not granted. [A mind is a terrible thing to waste!] If this relief is not granted, more harm will result to Plaintiff than result to defendant if this relief is granted. Public interest will be served by granting this relief.

9. In a per curiam Opinion, expressing unanimous views of United States Supreme Court, holds allegations of a *pro-se* Complaint to less stringent standards than formal pleadings drafted by lawyers. *Haines v. Kerner*, 404 U.S. 519 (1972). Fourth Circuit has recognized an *"indisputable desire that those litigants with meritorious claims should not be tripped up in court on technical niceties."* *Beaudett v. City of Hampton*, 755 F.2d 1277-78 (4th Cir. 1985) [citing *Gordon v. Leeke*, 574 F.2d 147 (4th Cir. 1978)]. It is precisely these hyper-technicalities defendant now uses to cause Plaintiff's constructive discharge from school.

10. In that same per curiam Opinion, expressing unanimous views of United States Supreme Court, it was held that since it did not appear beyond doubt that Plaintiff could prove no set of facts in support of his claim which would entitle him to relief, he was entitled to an opportunity to offer proof. *Haines v. Kerner*, 404 U.S. 519 (1972). Contrary to well-settled law defendant's failure to reasonably accommodate Plaintiff continues to cause Plaintiff reputational and economic harms and injuries.

WHEREFORE, good cause having been shown and premises considered, Order should now pass GRANTING Leave To File Motion For Temporary restraining Order And For Related Relief and Leave To File Verified Complaint and Leave To File Application To Proceed In Forma Pauperis With Supporting Documentation, and FURTHER ORDERED:

1. Plaintiff shall remain at UDC free of interference from defendant, defendant's agents, or assignees. Defendant, defendant's agents, or assignees shall have no unwarranted offensive contact with Plaintiff on penalty of contempt of this Court;
2. Defendant to immediately implement Plaintiff's requested entitled ADA reasonable public and classroom accommodations, to wit: limited walking, standing, and sitting; hard copies of all course materials; extended time on exams and assignments; private testing space; modification of exams predicated on diagnosed organic mental disorder; admission to UDC law school forthwith; and reimbursement of overcharged fees on penalty of contempt of this Court;
3. Defendant to comply fully forthwith Settlement Agreements by and between UDC and UDC Law School and Plaintiff on penalty of contempt of this Court;
4. Defendant shall cease and desist adverse action against Plaintiff to include, but not limited to, "disciplinary probation" on penalty of contempt of this Court;
5. Such other and further relief as to this Court appears just and proper.

**In God we trust:**
*Michael Sindram*
Michael Sindram, Plaintiff, *Pro-Se*
6817 Georgia Ave., N.W. #204
Washington, D.C. 20012
(202)722-6281.

## REQUEST FOR EXPEDITED HEARING

Expedited hearing as to all issues herein to be advanced on Court's calendar to earliest practicable date to aid in the decisional process as required by **Fed. R. Civ. P. 65**.
*Michael Sindram*
Michael Sindram

## CERITIFCATE OF SERVICE

I HEREBY CERTIFY that copy of foregoing delievered *by-hand* this 31st day of May, 2007 to: Clemmie Solomon, 4200 Connecticut Avenue, N.W., Washington, D.C. 20008.
*Michael Sindram*
Michael Sindram

*Wise men have also said these things: It is wrong for a judge to*
*be prejudiced. If he pronounces a guilty person innocent, he will*
*be cursed and hated by everyone. Judges who punish the guilty,*
*however, will be prosperous and enjoy a good reputation.*
**Proverbs 24:23-25 (TEV)**

*Why do people commit crimes so readily? Because crime is*
*not punished quickly enough.*
**Ecclesiastes 8:11 (TEV)**

*Do for others what <u>you</u> want them to do for <u>you</u>!*
**Matthew 7:12a (TEV)**