UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM,
                        Disabled Veteran/Plaintiff,


v.                                                              Civil Action No.07-1230(RBW)


STANLEY JACKSON,
                        Defendant.


*                    *                              *                            *


**PLAINTIFF'S RESPONSE TO DEFENDANT SOLOMON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MOTION FOR EXPEDITED ACTION ON AMENDED REQUEST FOR TEMPORARY RESTRAINING ORDER AND FOR RELATED RELIEF**

        DISABLED VETERAN/PLAINTIFF, Michael Sindram, *pro-se*, in Plaintiff's Response To Defendant Solomon's Motion To Dismiss Plaintiff's Complaint; Motion For Expedited Action On Amended Request For Temporary Restraining Order And For Related Relief, states the following:

        1. Defendant Solomon's Motion To Dismiss Plaintiff's Complaint of November 27, 2007 does not comport with Federal Rule Civil Procedure 11(a): Signature. Every pleading, written motion, and other paper shall be *signed* by at least one attorney of record in attorney's individual name..."

        2. Defendant Solomon asserts in instant motion: "Plaintiff has failed to state a claim against this defendant under Americans with Disabilities Act ("ADA") because there is no individual liability under ADA." Defendant Solomon has since been terminated from his position at University District of Columbia (UDC). *Assuming arguendo*, defendant Solomon is correct, ends of justice dictate that this Honorable Court amend defendant to read UDC. UDC has yet to give Disabled Veteran/Plaintiff his requested entitled reasonable public and classroom accommodations as required by Americans with Disabilties Act of 1990. A unanimous United States Supreme Court has admonished that *pro se* in forma pauperis Complaints must be read with tolerance: Dismissal is impermissible unless court can say "with assurance that under allegations of *pro se* Complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers, it appears 'beyond doubt that Plaintiff can prove no set of facts in support of his claim which would entitle him to relief.'" *Haines v. Kerner*, 404 U.S. 519 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972), quoting *Conley v. Gibson*, 355 U.S. 41, 45-46, 78 S.Ct. 99, 101-02, 2 L.Ed.2d 80 (1957), *reaffirmed* in *Estelle v. Gamble*, 429 U.S. at 106, 97 S.Ct. at 292 (1976).

        3. Leave To File Amended Verified Complaint, Temporary Restraining Order, And For Related Relief filed and served on Stanley Jackson October 10, 2007 is adopted and incorporated herein by reference as Exhibit 1. Federal Rule Civil Procedure 15(a): "A party

RECEIVED

NOV 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

may amend party's pleading once as a matter of course at any time before a responsive pleading is served..." To date no answer or response has been made by defendant Jackson to make Disabled Veteran/Plaintiff eligible for judgment in his favor as prayed. Defendant Jackson is now interim president of UDC having replaced his terminated predecessor.

4. Disabled Veteran/Plaintiff has maintained a 4.0 Grade Point Average on Dean's List in UDC Paralegal studies curriculum (Exhibits 2 and 3) awaiting admittance to UDC David A. Clarke School of Law of whose Application has been pending and unacted upon since June 23, 2005.

5. In retaliation for asserting his constitutionally-guaranteed rights and request for ADA accommodations on October 9, 2007 UDC took arbitrary and capricious adverse action to irreparably harm Disabled Veteran/Plaintiff to summarily "suspend" him from UDC without due process or fundamental fairness as set forth in Leave To File Amended Verified Complaint, Temporary Restraining Order, And For Related Relief (Exhibit 1).

6. Defendant Jackson/UDC has set out to satisfy an extra-judicial claim instituted as a private matter to achieve an end unintended by law and in fact having had that intended effect to abridge and deny Disabled Veteran/Plaintiff's right, hope, and dream to an education. Indeed, a mind is a terrible thing to waste...

7. Federal Rule Civil Procedure 65(b): "A temporary restraining order may be granted without written or oral notice to adverse party or that party's attorney only if (1) it clearly appears from specific facts shown be affidavit or by verified complaint that immediate and irreparable injury, loss, or damage will result to applicant before adverse party or that party's attorney can be heard in opposition, and (2) applicant's attorney certifies to court in writing efforts, if any, which have been made to give notice and reasons supporting claim that notice should not be required." Disabled Veteran/Plaintiff has fully complied with afore-referenced requisites on July 10, 2007 as stipulated in defendant Solomon's instant motion. Disabled Veteran/Plaintiff again complied with afore-referenced requisites on October 10, 2007 as evidenced by Exhibit 1, to now make ripe temporary restraining order for Disabled Veteran/Plaintiff's reinstatement at UDC forthwith as full-time matriculated student.

8. Disabled Veteran/Plaintiff has not only been aggrieved under ADA but defendant Jackson/UDC continues to violate Disabled Veteran/Plaintiff's civil rights cognizable under 42 U.S.C. § 1983 *et seq. See* Exhibit 1. This Honorable Court should not set for Plaintiff/Disabled Veteran, who has served our country more than most, a different standard as opposed to others similarly situated. When rights of *one* are violated rights of *all* are endangered! Injustice *anywhere* is a threat to justice *everywhere*! (Martin King) Indeed, justice delayed is "just-ice" denied!

WHEREFORE, good cause having been shown and premises considered, Order should now pass:

1. Denying defendant Solomon's motion to dismiss Plaintiff's Complaint;

2. Granting Leave To File Amended Verified Complaint, Temporary Restraining Order, And For Related Relief;

3. Granting Temporary Restraining Order for Disabled Veteran/Plaintiff's immediate reinstatement at UDC forthwith as full-time matriculated student;

4. Such other and further relief as to this Court appears just and proper.

**In God we trust:**

*Michael Sindram*

Michael Sindram, Disabled Veteran/Plaintiff
6645 Georgia Avenue, N.W. #306
Washington, D.C. 20012
(202)722-6281

## RENEWED REQUEST FOR EXPEDITED HEARING UNDER FED. R. CIV. P. 65

Disabled Veteran/Plaintiff again renews request for expedited hearing under Fed. R. Civ. P. 65 to be advanced on Court's calendar to earliest practicable date to aid in the decisional process.

*Michael Sindram*

Michael Sindram

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copy of foregoing Plaintiff's Response to defendant Solomon's motion to dismiss Plaintiff's Complaint; Motion For Expedited Action On Amended Request For Temporary Restraining Order And For Related Relief was delivered by-hand this 30th day of November, 2007 to: Eric S. Glover, Assistant Attorney General, 441 4th Street, N.W., 6th Floor South, Washington, D.C. 20001.

*Michael Sindram*

Michael Sindram

*Wise men have also said these things: It is wrong for a judge
to be prejudiced. If he pronounces a guilty person innocent, he
will be cursed and hated by everyone. Judges who punish the
guilty, however, will be prosperous and enjoy a good reputation.*
**Proverbs 24:23-25 (TEV)**

*Make it your aim to do what is right, not what is evil, so
that you may live. Hate what is evil, love what is right, and
see that justice prevails in the courts...let justice flow like
a stream, and righteousness like a river that never goes dry.*
**Amos 5:14a, 15a, 24 (TEV)**

*Do for others what you want them to do for you!*
**Matthew 7:12a (TEV)**

# UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM
6645 Georgia Avenue, N.W. #306
Washington, D.C. 20012
      Disabled Veteran/Plaintiff,

**RECEIVED**
OCT 1 0 2007
NANCY MAYER WHITINGTON, CLERK
U.S. DISTRICT COURT

    v.

Civil action No. ... RBW

STANLEY JACKSON
4200 Connecticut Avenue, N.W.
Building 39, Suite 301A
Washington, D.C. 20008
      Defendant.

\*           \*           \*           \*

## LEAVE TO FILE AMENDED VERIFIED COMPLAINT, TEMPORARY RESTRAINING ORDER, AND FOR RELATED RELIEF

1. **Federal Rule Civil Procedure 15(a):** *"A party may amend party's pleading once as a matter of course at any time before a responsive pleading is served..."* to now require responsive pleading of defendant Jackson. In addition, **Fed. R. Civ. P. 65(b):** *"A temporary restraining order may be granted without written or oral notice to adverse party or that party's attorney only if (1) it clearly appears from specific facts shown by affidavit or by verified complaint that immediate and irreparable injury, loss, or damage will result to applicant before adverse party or that party's attorney can be heard in opposition, and (2) applicant's attorney certifies to court in writing efforts, if any, which have been made to give notice and reasons supporting claim that notice should not be required."* As more fully described below, Disabled Veteran/Plaintiff *pro-se* cites specific facts in this Amended Verified Complaint that immediate and irreparable injury, loss, and damage is now happening to Disabled Veteran/Plaintiff. Disabled Veteran/Plaintiff further certifies efforts made to give notice to defendant Jackson to now support reasons that notice should not be given to grant Temporary Restraining Order (re-admit Disabled Veteran/Plaintiff to continue his education).

2. All unconstitutional acts complained of occurred in District of Columbia. Amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00). Subject matter and parties are within jurisdiction of this Honorable Court.

3. Disabled Veteran/Plaintiff is a 50-year-old white male who has served our country more than most. Disabled Veteran/Plaintiff attends (or did attend) University District of Columbia (UDC) and maintains 4.0 Grade Point Average (GPA) on Dean's List. UDC is a historically African-American land grant institution.

4. Defendant Jackson is African-American president of University District of Columbia (UDC) that receives Federal financial assistance. Previously, defendant Jackson was board


- Ex. 1 -

commissioner of District of Columbia Housing Authority that failed to provide Disabled Veteran/Plaintiff entitled requested reasonable public accommodations as required by Americans with Disabilities Act of 1990 (ADA). Defendant Jackson subsequently "approved" termination of Disabled Veteran/Plaintiff's housing for six years plus while at UDC.

5. On or about August 28, 2007 Disabled Veteran/Plaintiff spoke face-to-face with defendant Jackson to take corrective action under colour of law in presence of African-Americans Clifton Coates (Coates) and Marc Strothers (Strothers) of plethora of violations of law and chilling effect to muzzle Disabled Veteran/Plaintiff. Disabled Veteran/Plaintiff delivered *by-hand* to defendant Jackson letter(s) of prospective court action to include, but not limited to, Coates and Strothers ongoing wanton and willful rancorous malicious misconduct and total disregard of Disabled Veteran/Plaintiff's constitutionally-guaranteed rights. Defendant Jackson in concert with Coates and Strothers now retaliate against Disabled Veteran/Plaintiff described below.

6. Defendant Jackson, Coates, and Strothers are on notice of Disabled Veteran/Plaintiff's entitled requested reasonable classroom/public accommodations in accordance with ADA. Following formal written request of defendant Jackson on October 9, 2007 to receive entitled requested reasonable classroom/public accommodations Disabled Veteran/Plaintiff instead received of Strothers an "interim suspension" notice of same date to irreparably injure, harm, and damage Disabled Veteran/Plaintiff to disrupt Disabled Veteran/Plaintiff's life and terminate Disabled Veteran/Plaintiff's education.

7. All adverse actions taken by defendant Jackson and Strothers are violative of due process, fundamental fairness, and UDC Student Handbook/Code of Conduct (Code). UDC Code Article V, B, 6 (e): "interim suspension [notice from president] hearing within 5 days of interim suspension notice" and (g): "interim suspension [notice from president] hearing within 5 days of interim suspension notice" is currently set beyond 5 day period to October 16, 2007. "Hearing" set by Strothers and appointed "hearing officer" Coates have threatened further adverse action against Disabled Veteran/Plaintiff under auspices of defendant Jackson.

8. Disabled Veteran/Plaintiff had occasion previously to file with Office of Human Rights Charges of Discrimination against both UDC and UDC law school. In retaliation for those Charges of Discrimination Disabled Veteran/Plaintiff is now suspended from UDC to abridge and deny Disabled Veteran/Plaintiff's precious right to an education. Defendant Jackson continues to fail to take corrective action to arrest irreparable injury, loss, and damage to Disabled Veteran/Plaintiff.

9. Although no one has ever been admitted to UDC law school with 4.0 GPA, Disabled Veteran/Plaintiff is continually denied admittance to same. Defendant Jackson continues to take adverse action in concert with Strothers and Coates against Disabled Veteran/Plaintiff under doctrine of *respondeat superior* to deny Disabled Veteran/Plaintiff admittance to UDC law school.

10. Disabled Veteran/Plaintiff's Amended Verified Complaint is cognizable under **42 U.S.C. § 1983 (Civil action for deprivation of rights):** *"Every person who, under color of*

*any statute, ordinance, regulation, custom, or usage of...District of Columbia, subjects, or causes to be subjected, any citizen of united States...within jurisdiction thereof to deprivation of any rights, privileges, or immunities secured by Constitution and laws, shall be liable to party injured in an action at law, suit in equity, or other proper proceeding for redress...For purposes of this section, any act of Congress applicable exclusively to District of Columbia shall be considered to be a statute of District of Columbia.*" Defendant Jackson in concert with Strothers and Coates continue to rape Disabled Veteran/Plaintiff of his constitutionally-guaranteed civil rights to cause Disabled Veteran/Plaintiff loss of enjoyment of life.

11. Disabled Veteran/Plaintiff's Complaint is further cognizable under **District of Columbia Human Rights Act of 1977 § 2-1401.01:** *"It is intent of Council of District of Columbia, in enacting this chapter, to secure an end in District of Columbia to discrimination for any reason other than that of individual merit, including, but not limted to, discrimination by reason of race, color, religion, national origin, personal appearance, disability, source of income, and place of residence or business"* wherein defendant Jackson in concert with Strothers and Coates continue to discriminate against Disabled Veteran/Plaintiff with impunity.

12. Defendant Jackson in concert with Strothers and Coates have set for Disabled Veteran/Plaintiff a different standard as opposed to others similarly situated to achieve an end unintended by law and in fact having had that intended effect to terminate Disabled Veteran/Plaintiff's education. Defendant Jackson is now in material breach of contract and continues to exhibit anticipatory repudiation.

13. Defendant Jackson's unconstitutional actions in concert with Strothers and Coates devised against Disabled Veteran/Plaintiff continues to cause Disabled Veteran/Plaintiff reputational and economic harms and injuries in addition to undue burden, expense, and hardship.

14. Defendant Jackson's arbitrary and capricious actions in concert with Strothers and Coates to intentionally inflict emotional distress upon Disabled Veteran/Plaintiff to exacerbate Disabled Veteran/Plaintiff's medical condition(s), disability(s), and pain.

WHEREFORE, Disabled Veteran/Plaintiff, Michael Sindram, pro-se, respectfully requests that this Honorable Court find defendant Stanley Jackson liable for all injuries, damages, and violations suffered by Disabled Veteran/Plaintiff, and that judgment be entered against defendant Jackson jointly, severally, collectively, and individually, as follows:

1. Compensatory and General Damages in amount of Five Hundred Fifty-Five Thousand Dollars ($555,000.00);

2. Punitive Damages in amount of Four Hundred Ninety-Seven Thousand Dollars ($497,000.00);

3.  Costs, Disbursements, and Reasonable Award of expenses for Disabled Veteran/Plaintiff to vigorously prosecute above-captioned weighty meritorious cause of action in amount of Thirty-Three Thousand Dollars ($33,000.00);

4.  Injunctive Relief be granted requiring defendant Jackson re-admit Disabled Veteran/Plaintiff to UDC forthwith with restoration of all academic classes, standing, and rights *nunc pro tunc* from October 9, 2007 to Present and to expunge any and all "disciplinary" action and record of same taken against Disabled Veteran/Plaintiff;

5.  Injunctive Relief be granted requiring defendant Jackson admit Disabled Veteran/Plaintiff to UDC law school forthwith;

6.  Injunctive Relief be granted for Disabled Veteran to receive entitled requested reasonable classroom/public accommodations of defendant Jackson, *et al.*, forthwith;

7.  Injunctive Relief be granted Disabled Veteran for defendant Jackson, *et al.*, to cease and desist any and all unconstitutional discrimination against Disabled Veteran/Plaintiff;

8.  Such other and further relief as to this Court appears just and proper.

**In God we trust:**

Michael Sindram, Disabled Veteran/Plaintiff
6645 Georgia Avenue, N.W. #306
Washington, D.C. 20012
(202)722-6281

## VERIFICATION

District of Columbia:

I, Michael Sindram, Disabled Veteran/Plaintiff, in above-captioned weighty meritorious cause of action, being duly sworn on oath, do depose and state that I have personal information and knowledge of foregoing information and facts, and further state that said information and facts are true and accurate to best of my information, knowledge and belief.

Michael Sindram

Subscribed and sworn to before me this_____day of October, 2007.

Notary Public

My Commission expires:

District of Columbia: SS
Subscribed and Sworn to before me,
this _____ day of _____ 10/10/07.
_____
_____ C. Ahern, Notary Public, D.C.
My commission expires October 31, 2011

## REQUEST FOR EXPEDITED HEARING UNDER FED. R. CIV. P. 65

Request for expedited hearing for injunctive relief be advanced on Court's calendar to earliest practicable date to aid in the decisional process.

*Michael Sindram*
Michael Sindram

## JURY DEMAND

Jury Demand made as to all issues herein guaranteed by United States Constitution Amendment 7 and Fed. R. Civ. P. 38.

*Michael Sindram*
Michael Sindram

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copy of foregoing Leave To File Amended Verified Complaint, Temporary Restraining Order, And For Related Relief was mailed, postage prepaid, this 10th day of October, 2007 to: Stanley Jackson, 4200 Connecticut Avenue, N.W., Building 39, Suite 301A, Washington, D.C. 20008.

*Michael Sindram*
Michael Sindram

*Wise men have also said these things: It is wrong for a judge
to be prejudiced. If he pronounces a guilty person innocent, he
will be cursed and hated by everyone. Judges who punish the
guilty, however, will be prosperous and enjoy a good reputation.*
**Proverbs 24:23-25 (TEV)**

*Make it* **your** *aim to do what is* **right,** *not what is evil, so
that* **you** *may live. Hate what is evil, love what is* **right,** *and
see that* **justice** *prevails in the* **courts...***let* **justice** *flow like
a stream, and* **righteousness** *like a river that never goes dry.*
**Amos 5:14a, 15a, 24 (TEV)**

*Do for others what* **you** *want them to do for* **you!**
**Matthew 7:12a (TEV)**



**REPORT OF GRADES**

| TERM | **SPRING 2007** | REPORTING PERIOD | **05/16/07** | | | PAGE **1** OF **1** | **✱✱FINAL GRADES✱✱** |
|---|---|---|---|---|---|---|---|

| STUDENT NAME | SOCIAL SECURITY NO. | COLLEGE | CLASS | MAJOR | DEGREE |
|---|---|---|---|---|---|
| SINDRAM, MICHAEL J. | 101-68-993 | AS | SR | PLSC | BA |

| COURSE NUMBER | COURSE TITLE | ATTEMPTED HOURS | EARNED HOURS | QUALITY HOURS | GRADE | QUALITY POINTS |
|---|---|---|---|---|---|---|
| 2211-318-03 | COMMERCIAL LAW | 3.00 | 3.00 | 3.00 | A | 12.00 |
| 2218-162-01 | LEGAL RES/WRITING II | 3.00 | 3.00 | 3.00 | A | 12.00 |
| 2218-257-01 | WILLS AND TRUSTS | 3.00 | 3.00 | 3.00 | A | 12.00 |
| 2218-274-01 | CRIM. LAW FOR LEGAL ASST | 3.00 | 3.00 | 3.00 | A | 12.00 |

| ACADEMIC DATA | | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| CURRENT STATUS | | 12.00 | 12.00 | 48.00 | 4.000 |
| CUMULATIVE STATUS | thru 07F | 119.00 | 24.00 | 96.00 | 4.000 |
| ACADEMIC STATUS | Dean's List | | | | |

**LEGEND**
AHRS = Attempted Hours
EHRS = Earned Hours
QHRS = Quality Hours
QPTS = Quality Points
GPA = Grade Point Average
$GPA = \dfrac{QPTS}{QHRS}$

## UNIVERSITY OF THE DISTRICT OF COLUMBIA
### Office of the Registrar
4200 Connecticut Avenue, NW • Washington, DC 20008
## GRADING SYSTEM

| UNDERGRADUATE | | | GRADUATE | | | SYMBOL | MEANING |
|---|---|---|---|---|---|---|---|
| LETTER GRADE | LEVEL OF ACHIEVEMENT | POINT VALUE | LETTER GRADE | LEVEL OF ACHIEVEMENT | POINT VALUE | AU | AUDIT |
| | | | | | | CR | CREDIT |
| A | EXCELLENT | 4 | A | EXCELLENT | 4 | I | INCOMPLETE |
| B | GOOD | 3 | B | GOOD | 3 | NC | NO CREDIT |
| C | SATISFACTORY | 2 | C | SATISFACTORY | 2 | W | WITHDRAWAL |
| D | UNSATISFACTORY/PASSING | 1 | F | UNSATISFACTORY/NOT PASSING | 0 | X | IN PROGRESS |
| F | UNSATISFACTORY/NOT PASSING | 0 | | | | | |

```
MICHAEL J. SINDRAM
6817 GEORGIA AVENUE NW #204
WASHINGTON DC 20012
```

( - Ex. 2 - )

THIS FORM CONTAINS ALL GRADES SUBMITTED TO THE OFFICE OF THE REGISTRAR PRIOR TO THE PREPARATION OF THIS REPORT. MISSING GRADES WILL BE POSTED TO YOUR RECORD WHEN RECEIVED. CONSULT YOUR INSTRUCTOR CONCERNING MISSING GRADES. PLEASE DO NOT CALL THE OFFICE OF THE REGISTRAR. COMPUTATION OF ACADEMIC STATISTICS IS BASED ON THE SEMESTER CALENDAR. PLEASE BRING THIS REPORT WHEN CONSULTING YOUR ADVISOR.

# REPORT OF GRADES

| TERM | FALL 2006 | REPORTING PERIOD | 12/21/06 | | PAGE 1 OF 1 | **FINAL GRADES** |

| STUDENT NAME | SOCIAL SECURITY NO. | COLLEGE | CLASS | MAJOR | DEGREE |
|---|---|---|---|---|---|
| SINDRAM, MICHAEL J. | 101-68-993 | AS | SR | PLSC | BA |

| COURSE NUMBER | COURSE TITLE | ATTEMPTED HOURS | EARNED HOURS | QUALITY HOURS | GRADE | QUALITY POINTS |
|---|---|---|---|---|---|---|
| 2218-181-01 | INTRO TO PARA-LEGAL. | 3.00 | 3.00 | 3.00 | A | 12.00 |
| 2218-263-01 | INVEST TECH AND EVIDENCE | 3.00 | 3.00 | 3.00 | A | 12.00 |
| 2218-271-01 | REAL ESTATE LAW & PRAC I | 3.00 | 3.00 | 3.00 | A | 12.00 |
| 2218-276-01 | DOMESTIC RELATIONS | 3.00 | 3.00 | 3.00 | A | 12.00 |

| ACADEMIC DATA | | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| CURRENT STATUS | | 12.00 | 12.00 | 48.00 | 4.000 |
| CUMULATIVE STATUS | thru 07S | 107.00 | 12.00 | 48.00 | 4.000 |
| ACADEMIC STATUS | Dean's List | | | | |

**LEGEND**

AHRS = Attempted Hours
EHRS = Earned Hours
QHRS = Quality Hours
QPTS = Quality Points
GPA = Grade Point Average
GPA = QPTS / QHRS

## UNIVERSITY OF THE DISTRICT OF COLUMBIA
### Office of the Registrar
4200 Connecticut Avenue, NW • Washington, DC 20008
## GRADING SYSTEM

| UNDERGRADUATE | | | GRADUATE | | | SYMBOL | MEANING |
|---|---|---|---|---|---|---|---|
| LETTER GRADE | LEVEL OF ACHIEVEMENT | POINT VALUE | LETTER GRADE | LEVEL OF ACHIEVEMENT | POINT VALUE | AU | AUDIT |
| | | | | | | CR | CREDIT |
| A | EXCELLENT | 4 | A | EXCELLENT | 4 | I | INCOMPLETE |
| B | GOOD | 3 | B | GOOD | 3 | NC | NO CREDIT |
| C | SATISFACTORY | 2 | C | SATISFACTORY | 2 | W | WITHDRAWAL |
| D | UNSATISFACTORY/PASSING | 1 | F | UNSATISFACTORY/NOT PASSING | 0 | X | IN PROGRESS |
| F | UNSATISFACTORY/NOT PASSING | 0 | | | | | |

MICHAEL J. SINDRAM
6817 GEORGIA AVENUE NW #204
WASHINGTON DC 20012

- Ex. 3 -

THIS FORM CONTAINS ALL GRADES SUBMITTED TO THE OFFICE OF THE REGISTRAR PRIOR TO THE PREPARATION OF THIS REPORT. MISSING GRADES WILL BE POSTED TO YOUR RECORD WHEN RECEIVED. CONSULT YOUR INSTRUCTOR CONCERNING MISSING GRADES. PLEASE DO NOT CALL THE OFFICE OF THE REGISTRAR. COMPUTATION OF ACADEMIC STATISTICS IS BASED ON THE SEMESTER CALENDAR. PLEASE BRING THIS REPORT WHEN CONSULTING YOUR ADVISOR.