**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL SINDRAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLEMMIE SOLOMON,<br><br>　　　　Defendant. | Civil Action No. 07-1230 |

**DEFENDANT'S NOTICE OF FILING**

　　　　Defendant Clemmie Solomon, by and through counsel, herein notifies this Court of the following as it relates to Plaintiff's Response to his Motion to Dismiss the Complaint; Motion for Expedited Action on Amended Request for Temporary Restraining Order and For Related Relief, and states as follows:

　　　　1.　　*Pro se* plaintiff amended the case caption in this case without leave of court to do so.  See Opposition, at Docket Entry #9.

　　　　2.　　Plaintiff seeks leave to file an amended complaint in this action to substitute Clemmie Solomon, former president of UDC, with Stanley Jackson, current president of UDC. See Docket Entry # 9.  Plaintiff also seeks leave to assert new causes of action against Mr. Jackson, including violation of 42 U.S.C. § 1983 and the District of Columbia Human Rights Act of 1977 (hereinafter "DCHRA") § 2-1407.01.  This defendant does not oppose that request because it would result in dismissal of this case against him.

　　　　3.　　 Fed. R. Civ. P. 15(a) allows a party to amend his pleading once as a matter of course at any time before a responsive pleading is filed.  Since no responsive pleading has been filed, plaintiff has the right to amend the Complaint if justice so requires.

4.	Plaintiff has moved this court for leave to file a temporary restraining order requiring Mr. Jackson to 1) re-admit him to UDC, 2) admit him to UDC law school, 3) provide plaintiff with requested reasonable classroom/public accommodations, and 4) "cease and desist any and all unconstitutional discrimination against" the plaintiff. By Order, dated July 10, 2007, this Court denied plaintiff's motion for leave to file a temporary restraining order for the same type of relief he now requests. See Docket Entry #5.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

\_\_\_\_\_/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Section IV


\_\_\_\_/s/_____
ERIC S. GLOVER [978841]
Assistant Attorney General
441 4th Street, N.W.
Washington, DC 20001
(202) 442-9754; (202) 727-6295